IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY T. SPALDING                                          PLAINTIFF

V.                           CASE NO. 6:18-cv-6070

5 STAR LIFE INSURANCE
COMPANY and MATTHEW
D. RAMSEY                                               DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion for an Agreed-To Protective Order. ECF No.

18. Upon consideration the Court finds that the instant motion should be and hereby is

**GRANTED**. Accordingly, the parties' agreed-to protective order will be filed.

**IT IS SO ORDERED**, this 24th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge